UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.J. LEWIS, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2130 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion to compel (ECF No. 15) and a motion to stay the proceedings (ECF No. 16).

Plaintiff moves to compel the High Desert State Prison Warden to deliver his "personal property and legal materials" to his new address at the Salinas Valley State Prison. ECF No. 15 at 1. The motion will be denied without prejudice. Based on plaintiff's notice of change of address (ECF No. 14), his transfer to Salinas Valley State Prison was recent, and it is not clear that the delay in his receipt of his property is anything more than the standard delay experienced when inmates are transferred from one prison to another. While such delay is understandably frustrating for plaintiff, it does not warrant court intervention, as plaintiff may seek extensions of time as needed due to the delay in receiving his property. However, should plaintiff suffer continued delays in receiving his property, or if prison officials refuse to provide him with his property, he may renew his motion. Plaintiff is advised that any further motions should be

accompanied by documentation showing that he is experiencing excessive delays or that prison officials are refusing to provide him with his property.

Plaintiff has also filed a motion requesting a stay of this case for 120 days on the grounds that he has not yet received his legal property after being transferred to a new prison and that he believes that he will soon be transferred again for a recall of sentence in state court. ECF No. 16. The motion will be construed as a motion for an extension of time. Currently, the only deadlines for plaintiff are those for objecting to the September 30, 2019 findings and recommendations and for filing an amended complaint.[1] See ECF No. 11. Objections were due by October 17, 2019, and the deadline for filing an amended complaint is November 4, 2019. The court will extend both deadlines by thirty days. If more time is needed, the Plaintiff may request another extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 15) is denied without prejudice.
2. Plaintiff's motion for an extension of time (ECF No. 16) is granted.
3. Plaintiff shall have up to and including November 18, 2019, to file objections to the September 30, 2019 findings and recommendations.
4. Plaintiff shall have up to and including December 4, 2019, to file a first amended complaint.

DATED: October 18, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Shortly after the findings and recommendations were served, plaintiff filed a notice of change of address. ECF No. 14. It is not clear whether plaintiff received the originally served copy of the findings and recommendations, since they have not been returned by the postal service, but they were re-served on October 16, 2019, at plaintiff's current address.

2