UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>C.J. LEWIS, et al.,<br><br>    Defendants. | No. 2:18-cv-2130 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for reconsideration of the order denying his motion to compel the High Desert State Prison Warden to deliver his personal property and legal materials to his current location. ECF No. 19. The previous motion was denied on the ground that plaintiff could seek extensions of time to address the delays in receiving his property. ECF No. 17. However, plaintiff was informed that he could file another motion if he continued to experience delays in receiving his property, or if prison officials refused to provide him with his property. Id. Because plaintiff has provided additional allegations and supporting documentation, his request for reconsideration will be construed as a renewed motion for a court order.

Plaintiff alleges that he filed an appeal regarding his delayed property, but that the appeal was rejected. ECF No. 19 at 2. The notice of rejection, which plaintiff provided a copy of, further stated that his property had been transferred to R.J. Donovan on October 16, 2019. Id. at

1

2, 5. Plaintiff asserts that he has never been to R.J. Donovan. Id. at 2. In light of plaintiff's statement and supporting documentation, his renewed motion for a court order will be granted in part. The court will order service of this order and plaintiff's motion on Supervising Deputy Attorney General Monica Anderson, and direct Ms. Anderson, or a designated Deputy Attorney General, to inquire into the status of plaintiff's property and report such status to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objection to and request for reconsideration of the October 21, 2019 order denying his motion to compel (ECF No. 19) is construed as a renewed motion for a court order and granted in part as follows;

2. The Clerk of the Court is directed to serve a copy of this order and the November 13, 2019 motion (ECF No. 19) on Supervising Deputy Attorney General Monica Anderson;

3. Within fourteen days of the service of this order, Supervising Deputy Attorney General Monica Anderson, or her designee, shall inquire into the status of plaintiff's property and report such status to the court.

DATED: November 15, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE