IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TYRONE HUNT,**<br><br>Plaintiff,<br><br>v.<br><br>**C. J. LEWIS, et al.,**<br><br>Defendants. | 2:18-cv-2130 MCE AC P<br><br>**~~(PROPOSED)~~ ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE-WAIVER OF SERVICE**<br><br>Judge: The Honorable Allison Claire<br>Trial Date: Not Set<br>Action Filed: August 2, 2018 |

**GOOD CAUSE APPEARING,** the request for extension of time to file a waiver of service is granted. Defendant shall file a waiver of service on or before June 1, 2021.

DATED: May 17, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~(PROPOSED)~~ ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE-WAIVER OF SERVICE (2:18-cv-02130 MCE AC (PC))