UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT, | No. 2:18-cv-2130 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| C.J. LEWIS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court is plaintiff's motion to compel defendant Clain to respond to the complaint. ECF No. 47.

    In his motion, plaintiff asserts that defendant has failed to respond to the first amended complaint as ordered when defendant's request to opt out of the Post-Screening ADR project was granted and the stay of this case was lifted. Id. However, shortly after the stay was lifted, plaintiff filed a second amended complaint. ECF No. 44. The second amended complaint superseded the first amended complaint, and because plaintiff is a prisoner, defendant is under no obligation to respond to the second amended complaint until it has been screened. See 28 U.S.C. § 1915A(a). The undersigned has screened the complaint and issued findings and recommendations. ECF No. 45. However, the assigned district judge has not yet reviewed the findings and recommendations, and defendant has no obligation to respond until the screening of

1  the second amended complaint has been finalized.
2      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel, ECF No. 47,
3  be DENIED.
4  DATED: October 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2