UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>    Plaintiff,<br><br>  v.<br><br>C.J. LEWIS, et al.,<br><br>    Defendants. | No.  2:18-cv-2130 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 45.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2021, ECF No. 45, are ADOPTED in full; and

2. For the reasons set forth in the March 29, 2021 Screening Order (ECF No. 27), the second amended complaint proceeds on the retaliation claim against defendant Clain only. All other claims against defendant Clain and all claims against defendants Lewis, Cimino, Ramsey, Sharp, and Mossman are dismissed without leave to amend pursuant to 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated: December 2, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE