UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.J. LEWIS, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2130 MCE AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned screened the second amended complaint and recommended that all claims except the retaliation claim against defendant Clain be dismissed without leave to amend. ECF No. 45. The district judge has now adopted the findings and recommendations in full. ECF No. 49.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, defendant Clain shall file a response to the second amended complaint.

DATED: December 6, 2021

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE