UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT, | No. 2:18-cv-2130 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| C.J. LEWIS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting copies of his first amended complaint and exhibits. ECF No. 53. He asks that the court order that his inmate trust account be charged for the copies. Id. With the exception of the filing fee, the court does not order fees to be withdrawn from a prisoner's trust account. If plaintiff seeks to have copies made, he will need to follow the procedures for requesting a withdrawal from his prison trust account.[1] The court notes that plaintiff's first amended complaint, which is located on the docket at ECF No. 22 and is twenty-eight pages, does not contain any exhibits. Assuming plaintiff's request for exhibits is referring

---

[1] The Clerk's Office provides copies of documents at $0.50 per page, and payment should be addressed to "Clerk, USDC" and mailed to 501 I Street, #4-200, Sacramento, CA 95814. Under the "Purpose" portion of the withdrawal slip, plaintiff should state that it is for copies in Hunt v. Lewis, No. 2:18-cv-2130 MCE AC P, and identify the documents by their ECF No. He should also ask the CDCR to include that information on or with the check.

1

to the exhibits that were submitted with his disregarded proposed first amended complaint, they are located on the docket at ECF No. 10 and consist of sixty-four pages.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for copies, ECF No. 53, is DENIED.

DATED: February 11, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE