IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRONE HUNT,** | Case No. 2:18-cv- 2130 MCE AC P |
| Plaintiff, | [PROPOSED] **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| **C.J. LEWIS, et al.,** | |
| Defendants. | |

The Court, having considered Defendant's Motion to Modify the Discovery and Scheduling Order, and good cause having been found:

IT IS ORDERED that Defendant's Motion to Modify the Discovery and Scheduling Order (ECF No. 58) is GRANTED.

1. The parties may conduct discovery until June 29, 2022. Any motions necessary to compel discovery shall be filed by that date; and

/ / /

/ / /

/ / /

/ / /

2. The Court's December 29, 2021 Discovery and Scheduling Order (ECF No. 52) remains the same in all other respects. This Order does not extend the deadline to serve requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34, and 36.

**IT IS SO ORDERED**.

DATED: April 12, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE