UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>C.J. LEWIS, et al.,<br><br>    Defendants. | No. 2:18-cv-2130 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 70. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 21, 2023 (ECF No. 70), are ADOPTED in full;

2. Defendant Clain's motion for summary judgment (ECF No. 64) is GRANTED on the ground that plaintiff did not exhaust his administrative remedies;

3. Judgement is entered for defendant; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 3, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE